UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALLY KAMBIC-ZUMBA,<br><br>    Plaintiff,<br><br>    vs.<br><br>PRUDENTIAL INSURANCE COMPANY OF AMERICA AS ADMINISTRATOR AND FIDUCIARY OF THE TOWNSEND AND TOWNSEND AND CREW LLP GROUP EMPLOYEE BENEFIT PLAN, AND THE TOWNSEND AND TOWNSEND AND CREW LLP GROUP EMPLOYEE BENEFIT PLAN,<br><br>    Defendants. | Case No. CV 11-4383 ~~EDL~~  **CW**<br><br>**ORDER RE STIPULATION TO DISMISS TOWNSEND AND TOWNSEND AND CREW LLP GROUP EMPLOYEE BENEFIT PLAN** |

IT IS HEREBY ORDERED that Defendant TOWNSEND AND TOWNSEND AND CREW LLP GROUP EMPLOYEE BENEFIT PLAN (the "PLAN") be dismissed from this action without prejudice, with the parties to bear their own attorneys' fees and costs directly related to the instant Stipulation to Dismiss the Plan and the dismissal of the Plan. Prudential shall remain the only named Defendant.

1  IT IS SO ORDERED

2

3  Dated: November  3 , 2011           _____
                                       Claudia Wilken
4                                      United States District Judge

2

CW
Case No. CV 11-4383 ~~EDL~~
ORDER RE STIPULATION TO DISMISS THE PLAN

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

121564.1