UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALLY KAMBIC-ZUMBA,<br><br>    Plaintiff,<br><br>vs.<br><br>PRUDENTIAL INSURANCE COMPANY OF AMERICA AS ADMINISTRATOR AND FIDUCIARY OF THE TOWNSEND AND TOWNSEND AND CREW LLP GROUP EMPLOYEE BENEFIT PLAN, AND THE TOWNSEND AND TOWNSEND AND CREW LLP GROUP EMPLOYEE BENEFIT PLAN,<br><br>    Defendants. | Case No. CV 11-4383 CW<br><br>**ORDER RE STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE**<br><br>Complaint Filed: September 1, 2011 |

Based upon the stipulation of the parties and for good cause shown,

IT IS HEREBY ORDERED that this action, Case No. CV 11-4383-CW, is dismissed in its entirety as to all defendants, with prejudice.

IT IS HEREBY FURTHER ORDERED that each party shall bear its own attorneys' fees and costs in this matter.

Dated: 3/23/2012

_____
Hon. Claudia Wilken
United States District Judge

LAW OFFICES
**MESERVE, MUMPER & HUGHES LLP**

0.0

1

Case No. CV 11-4383 CW
ORDER RE STIPULATION FOR DISMISSAL
OF ACTION WITH PREJUDICE